STATE OF MAINE
WASHINGTON, ss.

UNFIED CRIMINAL DOCKET
MACHIAS
DOCKET NOS. CD-CR-21-149-154

STATE OF MAINE

v.

**ORDER OF COURT**

RICHARD LARSEN III,
    Defendant

The Court **grants** the Defendant's Motion for Speedy Trial, and directs the Clerk to place these matters on the next available trial term. Concerning Defendant's Motion For Review of Bail, the Court, in light of the time Defendant has been incarcerated, and without the benefit of the case files in this matter[1] so as the Court does not know whether, or if so how many times, bail has been reviewed in this matter, and in light of the significant period of time Defendant has been awaiting trial, directs the Clerk to place this matter on the next motion list for the Court to determine whether it is appropriate for bail to be reviewed and if so issue a decision.

Concerning counsel for the Defendant, the Court has already conducted a hearing in which Defendant wished to represent himself. Attorney Madison was appointed as standby counsel. Subsequently Attorney Fenstermaker indicated he was going to represent the Defendant on a *pro bono* basis. It is the undersigned's understanding that Attorney Fenstermaker since has been suspended pending further orders of the Court. Finally, it is the Court's understanding that Attorney Madison continues to wish to represent Defendant.

The Court has previously advised the Defendant of the risks of representing himself. The Court has supplied Defendant with copies of **State v. Hill, 2014 ME 16, and State v. Nisbet, 2016 ME 36**, and Defendant indicated in a message to the Court on or about March 13, 2023 that he has read and understands the "consequences of me representing myself..."

So that it is clear, Defendant has been advised of the risks inherent in a person unschooled in the law representing himself, the Defendant understands those risks, and chooses to represent himself notwithstanding those risks. Accordingly, Defendant shall have the right to represent himself at all further proceedings, with Attorney Madison as stand by counsel.

Date: 3/30/2023

BY _____
    Robert E. Mullen, Chief Justice
    **Maine Superior Court**

---

[1] The undersigned is in Region 4 and this is a Region 7 matter.

ENTERED ON THE DOCKET:
WASHINGTON COUNTY COURTS
MACHIAS ME  3/31/23